ORIGINAL

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED
JAN 19 2016
Clerk, U.S. District Court
Texas Eastern

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 4:16MJ18 |
| Adrienne B. Easterling, a/k/a Adrienne Doty | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __04/14/2014 through 04/20/2014__ in the county of __Collin__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Aaron K. Covey, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __01/19/2016__

_____
Judge's signature

City and state: __Plano, Texas__    Don D. Bush, United States Magistrate Judge
*Printed name and title*